# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2193
Lower Tribunal No. 24-CA-1077-P
_____

**Key Largo Beautification, Inc.,**
Appellant,

vs.

**Monroe County, etc.,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Michael S. Kaufman, for appellant.

Peter H. Morris, Assistant County Attorney, for appellee.

Before FERNANDEZ, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.